**THIS OPINION HAS NO PRECEDENTIAL VALUE. IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.**

**THE STATE OF SOUTH CAROLINA**
**In The Court of Appeals**

The State, Respondent,

v.

Harris McConnell, Appellant.

Appellate Case No. 2010-180589

–––––––––––––

Appeal From Newberry County
Eugene C. Griffith, Jr., Circuit Court Judge

–––––––––––––

Unpublished Opinion No. 2012-UP-410
Submitted July 2, 2012 – Filed July 11, 2012

–––––––––––––

**AFFIRMED**

–––––––––––––

Appellate Defender Breen Richard Stevens, of Columbia, for Appellant.

Attorney General Alan Wilson, Chief Deputy Attorney General John W. McIntosh, Senior Assistant Deputy Attorney General Salley W. Elliott, and Assistant Attorney General William M. Blitch, Jr., all of Columbia; and Solicitor Jerry W. Peace, of Greenwood, for Respondent.

–––––––––––––

**PER CURIAM:** Harris McConnell appeals his conviction of armed robbery, arguing the plea court erred in refusing to enforce a plea agreement that had been withdrawn because McConnell detrimentally relied on the agreement. We affirm[1] pursuant to Rule 220(b), SCACR, and the following authorities: *State v. Fuller*, 254 S.C. 260, 266, 174 S.E.2d 774, 777 (1970) ("The general rule is that a plea of guilty, voluntarily and understandingly made, constitutes a waiver of nonjurisdictional defects and defenses . . . ."), *vacated in part sub nom. Fuller v. South Carolina*, 408 U.S. 937 (1972); *State v. Amerson*, 311 S.C. 316, 320, 428 S.E.2d 871, 873 (1993) ("Appellate courts are bound by fact findings in response to motions preliminary to trial when the findings are supported by the evidence and not clearly wrong or controlled by error of law."); *Reed v. Becka*, 333 S.C. 676, 689, 511 S.E.2d 396, 404 (Ct. App. 1999) ("A defendant relies upon a solicitor's plea offer by taking some substantial step or accepting serious risk of an adverse result following acceptance of the plea offer.").

**AFFIRMED.**

**PIEPER, KONDUROS, and GEATHERS, JJ., concur.**

---

[1] We decide this case without oral argument pursuant to Rule 215, SCACR.